# TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
## ATTORNEYS AT LAW

100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NEW YORK 11753-2702

TELEPHONE: (516) 240-8900
FACSIMILE: (516) 240-8950

February 8, 2010

Roger A. Goodnough
rgoodnough@tlggr.com

BY ECF

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

*The stay shall remain in effect. Defendants' counsel shall report the status of plaintiff's criminal charges to this Court by 4/15/10. So Ordered:* /Signed by Judge Lois Bloom/
2/9/10

Re: Kerry L. Marshall v. Connex Credit Union, Inc.
    Docket No.: 08-CV-1263 (BMC)(LB)
    Our File No.: 2030.234

Dear Judge Bloom:

As you know, we represent defendant Connex Credit Union, Inc. in the captioned matter.

Your Honor, by endorsed Order dated April 28, 2009, directed that we inform Your Honor of the status of the criminal case against plaintiff Kerry L. Marshall by February 15, 2010. This will provide you with that status report.

As expected, the United States obtained another indictment against Mr. Marshall in the United States District Court for the District of Connecticut. I have attached a copy of the most recent docket for that matter (Docket No. 10-CR-00014). As more fully appears from that docket, Mr. Marshall was re-indicted on January 7, 2010; the initial appearance and arraignment took place on January 21, 2010; and, as is set forth in Docket Entry No. 10, defendant's motions were due on February 5, 2010; the Government's responses are due on February 19, 2010; and jury selection is set for March 9, 2010.

Respectfully submitted,

Roger A. Goodnough

RAG:njh
Enclosure

cc (by Federal Express): Mr. Kerry L. Marshall

114306 v10

EFILE

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:10-cr-00014-AVC-1

Case title: USA v. Marshall           Date Filed: 01/07/2010

Assigned to: Judge Alfred V. Covello

**Defendant (1)**
**Kerry Marshall**      represented by     **Kerry Marshall**
PRO SE

**Frank J. Riccio**
923 East Main St., PO Box 491
Bridgeport, CT 06601
203-333-6135
Fax: 203-333-6190
Email: FRicciojd@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**           **Disposition**
BANK FRAUD
(1-20)
PRODUCES/TRAFFICS IN
COUNTERFEIT DEVICE;Access
device fraud
(21)

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**         **Disposition**
None

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA     represented by     **Anthony E. Kaplan**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3700
Email: Anthony.Kaplan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Sheldon**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3700
Fax: 203-773-5378
Email: David.Sheldon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nora R. Dannehy**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103
860-947-1101
Fax: 860-240-3291
Email: Nora.Dannehy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2010 | 1 | INDICTMENT returned before Magistrate Judge Joan G. Margolis. Returned before grand jury number N09-01 Summons to issue, as to Kerry Marshall (1) count(s) 1-20, 21. (Falcone, K.) (Entered: 01/11/2010) |
| 01/07/2010 | 2 | ELECTRONIC FILING ORDER as to Kerry Marshall - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Warren W. Eginton on 1/7/2010. (Falcone, K.) (Entered: 01/11/2010) |
| 01/08/2010 | | Summons Issued as to Kerry Marshall Arraignment set for 1/12/2010 11:00 AM in Courtroom Four-Annex, 915 Lafayette Blvd., Bridgeport, CT before Judge Holly B. Fitzsimmons. Initial Appearance set for 1/12/2010 11:00 AM in Courtroom Four-Annex, 915 Lafayette Blvd., Bridgeport, CT before Judge |

|  |  |  |
|---|---|---|
|  |  | Holly B. Fitzsimmons (Falcone, K.) (Entered: 01/11/2010) |
| 01/15/2010 | 3 | NOTICE *of Related Case* by USA as to Kerry Marshall (Sheldon, David) (Entered: 01/15/2010) |
| 01/15/2010 |  | Summons Issued as to Kerry Marshall to appear on 1/21/2010, at 3:00, in Courtroom 4-Annex, before HBF Initial Appearance set for 1/21/2010 03:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Holly B. Fitzsimmons (Gutierrez, Y.) (Entered: 01/20/2010) |
| 01/19/2010 | 5 | Appearance Pro Se as to Kerry Marshall. (Gutierrez, Y.) (Entered: 01/21/2010) |
| 01/19/2010 | 6 | CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT by Kerry Marshall (Gutierrez, Y.) (Entered: 01/21/2010) |
| 01/19/2010 | 7 | MOTION to Appear Before the Grand Jury by Kerry Marshall. (Gutierrez, Y.) (Entered: 01/21/2010) |
| 01/19/2010 | 8 | MOTION to Dismiss Indictment/Double Jeopardy with Memorandum of Law in Support by Kerry Marshall. (Gutierrez, Y.) (Entered: 01/21/2010) |
| 01/20/2010 | 4 | ORDER OF TRANSFER in case as to Kerry Marshall Case reassigned to Judge Alfred V. Covello for all further proceedings. Signed by Judge Warren W. Eginton on 1/20/10. (S-Barrille, J.) (Entered: 01/20/2010) |
| 01/21/2010 | 9 | ORAL MOTION for Action to Stay Jurisdiction by Kerry Marshall. (Gutierrez, Y.) (Entered: 01/29/2010) |
| 01/21/2010 | 10 | Minute Entry for proceedings held before Judge Holly B. Fitzsimmons: Initial Appearance & Arraignment as to Kerry Marshall (1) Count 1-20,21 held on 1/21/2010; Plea entered by Kerry Marshall (1) Count 1-20,21 Not Guilty entered on the defendant's behalf; Defendant's motions due 2/5/2010 and Government's responses due 2/19/2010; Non- Surety Bond set as to Kerry Marshall (1) $75,000.00. ( Jury Selection set for 3/9/2010 09:30 AM in Courtroom One, 450 Main St., Hartford, CT before Judge Alfred V. Covello); denying in open court 9 Oral Motion for action to Stay Jurisdiction as to Kerry Marshall (1) 35 minutes(Court Reporter Rita Payton.) (Gutierrez, Y.) Entry Modified to add not guilty plea entered on the defendant's behalf on 1/29/2010 (Gutierrez, Y.). (Entered: 01/29/2010) |
| 01/21/2010 | 11 | ATTORNEY APPEARANCE: Frank J. Riccio appearing for Kerry Marshall (Gutierrez, Y.) (Entered: 01/29/2010) |
| 01/21/2010 | 12 | SEALED CJA 23 Financial Affidavit by Kerry Marshall (Defendant refused to sign Financial Affidavit) (Gutierrez, Y.) (Entered: 01/29/2010) |
| 01/21/2010 | 13 | Non-Surety Bond Entered as to Kerry Marshall in amount of $75,000.00 (Gutierrez, Y.) (Entered: 01/29/2010) |
| 01/21/2010 | 14 | ORDER Setting Conditions of Release as to Kerry Marshall. Signed by Judge Holly B. Fitzsimmons on 1/21/2010. (Gutierrez, Y.) (Entered: 01/29/2010) |
| 01/21/2010 | 15 | CJA 20 as to Kerry Marshall: Appointment of Attorney Frank J. Riccio for Kerry Marshall. Signed by Judge Holly B. Fitzsimmons on 1/21/2010. (Gutierrez, Y.) (Entered: 01/29/2010) |

| | | |
|---|---|---|
| 02/04/2010 | 16 | MOTION for Stay by Kerry Marshall. (Blue, A.) Modified on 2/5/2010 (Blue, A.). (Entered: 02/05/2010) |
| 02/04/2010 | 17 | MOTION to Suppress by Kerry Marshall. (Attachments: # 1 Affidavit)(Blue, A.) (Entered: 02/05/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/05/2010 13:06:53 | | | |
| PACER Login: | hh0055 | Client Code: | 2030.234 |
| Description: | Docket Report | Search Criteria: | 3:10-cr-00014-AVC |
| Billable Pages: | 2 | Cost: | 0.16 |