# TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
## ATTORNEYS AT LAW

100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NEW YORK 11753-2702

TELEPHONE: (516) 240-8900
FACSIMILE: (516) 240-8950

June 10, 2010

Roger A. Goodnough
rgoodnough@tlggr.com

BY ECF

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

> *Handwritten endorsement:* The stay entered herein shall remain in effect. Defendants' counsel shall provide another status report by 9/30/10.
>
> So Ordered: /Signed by Judge Lois Bloom/
> Lois Bloom
> U.S. Magistrate
> 6/11/10

Re: Kerry L. Marshall v. Connex Credit Union, Inc.
Docket No.: 08-CV-1263 (BMC)(LB)
Our File No.: 2030.234

Dear Judge Bloom:

As you know, we represent defendant Connex Credit Union, Inc. in the captioned matter.

Your Honor, by endorsed Order dated April 8, 2010, directed that we inform Your Honor of the status of the criminal case against plaintiff Kerry L. Marshall by June 18, 2010. This will provide you with that status report.

In the interest of completeness, I have attached a copy of the docket in the criminal action against Mr. Marshall pending in the United States District Court for the District of Connecticut, Docket No. 10-CR-00014-ABC-1. As is reflected by Docket Entry No. 54 and Entry No. 51, the Court granted an application by Mr. Marshall to continue jury selection, which had been scheduled to commence on June 2, 2010, the criminal trial having been scheduled to commence on June 15, 2010. As of the date of this letter, no new date has been set for jury selection or commencement of the criminal trial.

I am informed, however, that the trial will not take place during the month of July 2010. It is possible that the trial will not take place until some time in September 2010.

114306 v12

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP

Honorable Lois Bloom
June 10, 2010
Page 2

We will continue to monitor the docket in that case from time to time, and when new jury selection and trial dates are set, we will so inform Your Honor.

          Respectfully submitted,

          Roger A. Goodnough

RAG:njh
Enclosure

cc: Mr. Kerry L. Marshall (by Federal Express)

114306 v12